STATE EX REL. GREAT NORTHERN RAILWAY COMPANY, Appellant, vs. RAILROAD COMMISSION OF WISCONSIN and others, Respondents.

*March 31—October 5, 1909.*

*State ex rel. Northern Pacific R. Co. v. Railroad Commission, ante, p. 145, followed.*

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Modified and affirmed.*

For the appellant there was a brief by *J. A. Murphy*, attorney, and *W. M. Steele*, of counsel, and oral argument by *Louis Hanitch* and *Charles Donnelly*.

For the respondents there was a brief by the *Attorney General* for the *Railroad Commission*, by *Luse, Powell & Luse*, attorneys for the Minneapolis, St. Paul & Sault Ste. Marie Railway Company and the *Wisconsin & Northern Minnesota Railway Company*, and by *Alfred H. Bright*, of counsel; and the cause was argued orally by *Mr. L. K. Luse* and *Mr. Bright*.

The following opinion was filed June 3, 1909:

KERWIN, J.    This case is ruled by *State ex rel. Northern Pac. R. Co. v. Railroad Commission*, ante, p. 145, 121 N. W. 919.

*By the Court.*—The judgment of the court below is modified so as to affirm the order of the *Railroad Commission* without prejudice to the appellant's right to recover all damages as indicated in the opinion in *State ex rel. Northern Pac. R. Co. v. Railroad Commission*, ante, p. 145, 121 N. W. 919, and as so modified is affirmed. No costs are allowed either party upon this appeal except that respondents pay the clerk's fees.

WINSLOW, C. J., and BARNES, J., dissent.

A motion for a rehearing was denied October 5, 1909.